IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 27, 2008

Charles R. Fulbruge III
Clerk

No. 08-10124
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DANIEL FISHER

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-2108

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges..

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.